DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


STEVEN PARMLEY,

Appellant,

v.

MARY ROSE CAES PARMLEY,

Appellee.

No. 2D23-591

_____

February 2, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Thomas N. Palermo, Judge.

Steven Parmley, pro se.

No appearance on behalf of Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and MORRIS and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.